<pre>
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE
</pre>

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.: 1:22-cr-00129-LEW |
| STEVEN MATHIS | |

**PROSECUTION VERSION OF THE OFFENSE**

Had this case proceeded to trial the government would have presented evidence showing the following:

On about August 14, 2021, in the District of Maine and elsewhere, defendant Steven Mathis knowingly distributed and attempted to distribute child pornography as defined in Title 18, United States Code, Section 2256(8)(A), using any means or facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant transmitted an image of child pornography from a computing device inside the State of Maine to a computer server outside Maine using the internet.

Mathis used an online chat platform to communicate with others. In one set of text communications on August 14, 2021, Mathis asserted to another user of the platform that he, Mathis, was babysitting a three-year-old. The conversation quickly turned sexual, and at one point, the other user requested an image with the child's hand on Mathis's penis. In response, Mathis sent pictures of a prepubescent girl's exposed genitals. The images are close-ups of the mid-section of the child. The child's diaper has been undone to fully expose her vulva, which appears near the middle of the frame. After sending the images, Mathis asked the other user if he would like to lick the child's genitals.

The communication sent by Mathis were recorded by the online communication platform in the normal course of its business. The online platform used the internet and servers located outside the State of Maine to facilitate these communications. The records of the platform also show that the account was associated with a cellphone number that Mathis used in the timeframe of the offense. The Internet Protocol address recorded by the platform resolved to the home next to Mathis's residence in Waldo County, Maine. The owner of that home had let Mathis use the internet connection.

In an interview with Maine State Police, Mathis admitted that he had distributed the images online. Mathis also admitted that he specifically used the online platform described above to communicate with people online. Police were able to verify the identity of the child.

Dated at Bangor, Maine this 18th day of April 2024.

    Respectfully submitted,

    DARCIE N. MCELWEE
    United States Attorney

    **BY:  /s/ CHRIS RUGE**
    Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I filed the Prosecution Version of the Offense using the CM/ECF system, which will cause a copy to be sent to the following counsel:

Jamesa Drake, Esq.
Counsel for Defendant

Darcie N. McElwee
United States Attorney

**/s/Chris Ruge**
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, ME 04101
Tel: 207-945-0373
Chris.ruge@usdoj.gov